**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, | |
| *Plaintiff*, | |
| v. | Civil Action No. 26-1336 |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al. | |
| *Defendants*. | |

**MOTION FOR ADMISSION *PRO HAC VICE*
OF ATTORNEY JUAN E. BEDOYA**

Pursuant to Rule 83.2(c) of the Local Civil Rules of the United States District Court for the District of Columbia, the undersigned as a sponsoring member of the Bar of this Court respectfully moves for admission and appearance of attorney Juan E. Bedoya *pro hac vice* in the above-captioned matter as counsel for Plaintiff Jane Doe. This motion is supported by the Declaration of Juan E. Bedoya, filed herewith. As set forth in Mr. Bedoya's declaration, he is admitted, practicing, and a member in good standing of the Bar of Massachusetts. This motion is supported and signed by Stephanie B. Garlock, an active and sponsoring member of the Bar of this Court.

Dated: May 13, 2026

Respectfully submitted,

*/s/ Stephanie B. Garlock*
Stephanie B. Garlock (DC Bar. No. 1779629)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
202-588-1000
sgarlock@citizen.org