**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, | |
| *Plaintiff*, | |
| v. | Civil Action No. 26-1336 |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al. | |
| *Defendants*. | |

**[PROPOSED] ORDER**

Upon consideration of the motion for admission *pro hac vice* of attorney Juan E. Bedoya,

it is hereby ORDERED that the motion is GRANTED, and Mr. Bedoya shall be admitted *pro hac*

*vice* to this Court.


Dated: _____                    _____
                                     United States District Judge