**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, | |
| *Plaintiff*, | |
| v. | Civil Action No. 26-1336 |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al., | |
| *Defendants*. | |

**PLAINTIFF'S MOTION FOR A STAY UNDER 5 U.S.C. § 705**
**AND FOR A PRELIMINARY INJUNCTION**

Pursuant to 5 U.S.C. § 705 and Federal Rule of Civil Procedure 65, Plaintiff Jane Doe hereby moves this Court for a stay of the effective date of an Interim Final Rule (IFR) issued by the U.S. Citizenship and Immigration Services (USCIS), Removal of the Automatic Extension of Employment Authorization Documents, 90 Fed. Reg. 48,799 (Oct. 30, 2025). Ms. Doe further requests that the Court issue appropriate injunctive relief requiring Defendants to take necessary steps to implement the stay for immigrant workers, like Ms. Doe, who applied to renew their work authorizations between the effective date of the IFR and any order of this Court granting preliminary relief.

In support of this motion, Plaintiff submits the accompanying memorandum, the Second Declaration of Jane Doe, and a proposed order.

At approximately 12:45 p.m. on May, 19, 2026, counsel for Ms. Doe emailed the Directors of the Federal Programs Branch of the Department of Justice and the Chief of the Civil Division of the U.S. Attorney's Office for the District of Columbia to provide them with electronic copies

1

of the complaint, this motion, and the supporting documents before completing this electronic filing.

Dated: May 19, 2026

Respectfully submitted,

*/s/ Allison M. Zieve*
Stephanie B. Garlock (DC Bar. No. 1779629)
Hoyeon Kelly Lew (DC Bar No. 90028415)
Allison M. Zieve (D.C. Bar No. 424786)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
sgarlock@citizen.org

Jessica R. Hanson*
Juan E. Bedoya*
Asylum Seeker Advocacy Project
228 Park Ave. S., #84810
New York, NY 10003-1502
(646) 647-6779
jess.hanson@asaptogether.org
juan.bedoya@asaptogether.org

*Application for admission pro hac vice pending*

*Attorneys for Plaintiff Jane Doe*