**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE, | |
| *Plaintiff*, | |
| v. | Civil Action No. 26-1336 |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al., | |
| *Defendants*. | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion for a preliminary injunction, the opposition thereto, and the full record in this case, it is hereby ORDERED that the motion is GRANTED.

It is further ORDERED that:

1. The effective date of the United States Citizenship and Immigration Services Interim Final Rule (IFR), Removal of the Automatic Extension of Employment Authorization Documents, 90 Fed. Reg. 48,799 (Oct. 30, 2025), is hereby STAYED until further order of this Court.

2. Defendants shall take all necessary steps to ensure that employment authorization document (EAD) renewal applicants, like Plaintiff, who applied for renewal between October 30, 2025, and the date of this Order have sufficient evidence of their eligibility for an automatic extension of up to 540 days from the expiration date printed on the front of their EAD, consistent with USCIS's practices before the issuance of the IFR at issue in this case, notwithstanding any contrary or inconsistent language contained in their Form I-797C receipt notices stating that they are not eligible for such extension.

3. Defendants shall take reasonable steps to communicate the terms of this Order to impacted individuals and employers.

SO ORDERED.

_____
U.S. District Judge