**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JANE DOE,<br><br>    *Plaintiff*,<br><br>v.<br><br>U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al.,<br><br>    *Defendants*. | Civil Action No. 26-1336 |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Jane Doe hereby gives notice of her voluntary dismissal of this action without prejudice.

Dated: June 2, 2026

Respectfully submitted,

*/s/ Stephanie B. Garlock*
Stephanie B. Garlock (DC Bar. No. 1779629)
Hoyeon Kelly Lew (DC Bar No. 90028415)
Allison M. Zieve (D.C. Bar No. 424786)
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
sgarlock@citizen.org

Jessica R. Hanson*
Juan E. Bedoya*
Asylum Seeker Advocacy Project
228 Park Ave. S., #84810
New York, NY 10003-1502
(646) 647-6779
jess.hanson@asaptogether.org
juan.bedoya@asaptogether.org

*Admitted pro hac vice*

*Attorneys for Plaintiff Jane Doe*